John B. Larson, Esq. -- SBN. 108813
**LARSON & GASTON, LLP**
200 South Los Robles Avenue, Suite 440
Pasadena, California 91101
Telephone (626) 795-6001
Facsimile (626) 795-0016
Email: John.larson@larsongaston.com
**Attorney for Plaintiff, B612 TIMA INC.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| B612 TIMA INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GO TO LOGISTICS, INC.; and DOES 1 through 25, Inclusive,<br><br>Defendants. | Case No. 5:24−cv−1281 JGB (SHKx)<br>Honorable Jesus G Bernal<br>Courtroom 1<br><br>**NOTICE OF CONDITIONAL SETTLEMENT**<br><br>Complaint filed: June 19, 2024 |

The Parties and their counsel of record have reached a settlement agreement.

The Parties will file a dismissal with the Court once the terms of the Settlement Agreement have been finalized. A Notice of Dismissal will be filed no later than November 15, 2024.

Dated: September 9, 2024    By: /s/ John B. Larson
                                John B. Larson, Esq.
                                Attorney for Plaintiff,
                                B612 TIMA INC.

– 1 –

7181 **NOTICE OF CONDITIONAL SETTLEMENT**

<u>B612 Tima Inc. v. Go To Logistics Inc. et al</u>
United States District Court, Central District of California – Eastern Division
Case No.: 5:24-cv-01281-JGB-SHK

## CERTIFICATE OF SERVICE

I, Nicole Padget, declare as follows:

I am over the age of eighteen years and not a party to the case.  I am employed in the County of Los Angeles, California. My business address is: 200 S. Los Robles Avenue, Suite 440, Pasadena, CA 91101.

On the date below I electronically filed with the Court through its CM/ECF program and served through the same program the following document(s):  **NOTICE OF CONDITIONAL SETTLEMENT**

On the interested parties in said case addressed as follows:

| | |
|---|---|
| David P. Chameli<br>Attorney at Law<br>1590 W. Algonquin, #125<br>Hoffman Estates, IL 60192<br>Mobile 847.345.3903<br>david.chameli@gmail.com<br>**Attorney for Defendant**<br>**GO TO LOGISTICS, INC** | |

[X]   (BY E-MAIL)    I caused such document(s) to be electronically served addressed to all parties appearing on the electronic service list for the above-entitled case.

[X]   (ELECTRONICALLY) Pursuant to the CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct.

I declare under penalty under perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on September 9, 2024, at Pasadena, California.


                    /S/ Nicole Padget