John B. Larson, Esq. -- SBN. 108813
**LARSON & GASTON, LLP**
200 South Los Robles Avenue, Suite 440
Pasadena, California 91101
Telephone (626) 795-6001
Facsimile (626) 795-0016
Email: John.larson@larsongaston.com
**Attorney for Plaintiff, B612 TIMA INC.**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| B612 TIMA INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GO TO LOGISTICS, INC.; and DOES 1 through 25, Inclusive,<br><br>Defendants. | Case No. 5:24−cv−1281 JGB (SHKx)<br>Honorable Jesus G Bernal<br>Courtroom 1<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Complaint filed:   June 19, 2024 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff B612 TIMA INC., hereby gives notice that this action is voluntarily dismissed as this action has been settled between parties. Defendant GO TO LOGISTICS, INC. has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. See Fed. R.Civ. P. 41(a)(1)(B).

Dated: November 25, 2024                    By: /s/ John B. Larson
                                                                    John B. Larson, Esq.
                                                                    Attorney for Plaintiff,
                                                                    B612 TIMA INC.

– 1 –

*B612 Tima Inc. v. Go To Logistics Inc. et al*
United States District Court, Central District of California – Eastern Division
Case No.: 5:24-cv-01281-JGB-SHK

# CERTIFICATE OF SERVICE

I, Nicole Padget, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of Los Angeles, California. My business address is: 200 S. Los Robles Avenue, Suite 440, Pasadena, CA 91101.

On the date below I electronically filed with the Court through its CM/ECF program and served through the same program the following document(s): **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

On the interested parties in said case addressed as follows:

| | |
|---|---|
| David P. Chameli<br>Attorney at Law<br>1590 W. Algonquin, #125<br>Hoffman Estates, IL 60192<br>Mobile 847.345.3903<br>david.chameli@gmail.com<br>**Attorney for Defendant**<br>**GO TO LOGISTICS, INC** | |

[X]   (BY E-MAIL)   I caused such document(s) to be electronically served addressed to all parties appearing on the electronic service list for the above-entitled case.

[X]   (ELECTRONICALLY) Pursuant to the CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct.

I declare under penalty under perjury under the laws of the State of California that the foregoing is true and correct.

   Executed on November 25, 2024, at Pasadena, California.


                                   /S/ Nicole Padget

– 1 –